

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Lodge, Edward J. | 2. Court or Organization<br><br>DISTRICT COURT, Idaho | 3. Date of Report<br><br>05/08/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Districte Judge, active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>550 West Fort Street<br>Boise, ID 83724 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Retired District Judge | State of Idaho |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | Retirement - State District Judge - 75% full pay |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 14 A 10: 58 FINANCIAL DISCLOSURE OFFICE

Lodge_Edward_J

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/08/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | State of Idaho Retired District Judge | $85,157.28 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | State Senator |
| 2. 2008 | Public Employer Retirement System of Idaho |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/08/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Lodge ▮▮▮▮ (Partnership) Building Rental Canyon County | | None | | | Sold | 02/15 | M | | DL Evans Bank |
| 2. Lodge ▮▮▮▮ (Partnership) Dry Land Pasture Malheur County | | None | N | W | | | | | |
| 3. Ldge ▮▮▮▮ (Partnership) US Bank-Checking Account | A | Interest | J | T | | | | | |
| 4. Dry Pasture Canyon County, ID ▮▮▮▮ | | None | N | W | | | | | |
| 5. Livestock ● cows, ● bulls, ● calves, ● heifer | | None | K | W | | | | | |
| 6. Livestock ● calves, ● cows, ● bull | | None | | | Sold | 10/08 | J | D | auction |
| 7. HJ Hines | C | Dividend | M | T | | | | | |
| 8. Key Bank Market Account | A | Interest | K | T | | | | | |
| 9. Windridge Farm 50% interest in land house, barn & vineyard | | None | N | W | | | | | |
| 10. Checking (sweep) Account Key Bank Caldwell, ID | A | Interest | K | T | | | | | |
| 11. Property Canyon County | | None | M | W | | | | | |
| 12. Edward J. Lodge Key Bank Private Banking (sweep) Account | B | Interest | L | T | | | | | |
| 13. Idaho Independent Bank | C | Interest | M | T | | | | | |
| 14. Washington Mutual (purchased by Chase Bank) | B | Interest | K | T | | | | | |
| 15. RBC Dain Rausher Tamarack Money Market | D | Dividend | J | T | Sold (part) | 12/08 | O | | see additional information |
| 16. American Funds: Growth Fund of America Mutual Fund | A | Dividend | J | T | | | | | |
| 17. Oppenheimer: Opp. Small Cap Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/08/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of Lexington CD | B | Interest | | | Matured | 04/08 | L | | |
| 36. Washington Mutual CD | B | Interest | | | Matured | 02/08 | L | | |
| 37. Morgan Stanley CD | B | Interest | | | Matured | 04/08 | K | | |
| 38. Black Rock Blackrock Equity Dividend | A | Dividend | J | T | Buy | 07/01 | J | | |
| 39. American Funds Capital World Growth and Income | A | Dividend | J | T | Buy | 07/01 | J | | |
| 40. Black Rock Blankrock Equity Dividend | A | Dividend | J | T | Buy | 08/25 | J | | |
| 41. Oppenheimer: Oppenheimer International Bond | A | Dividend | J | T | Buy | 04/22 | J | | |
| 42. Blackrock: Blackrock Global Allocation | A | Dividend | J | T | Buy | 08/25 | J | | |
| 43. Stonegate Bank CD | A | Interest | L | T | Buy | 12/01 | J | | |
| 44. Stonegate Bank CD | A | Interest | L | T | Buy | 12/01 | J | | |
| 45. Cathay Bank CD | B | Interest | L | T | Buy | 12/01 | J | | |
| 46. D.A. Davidson Money Market | A | Interest | N | T | Buy | 12/08 | N | | see additional information |
| 47. Seattle Savings Bank | B | Interest | | | Matured | 11/26 | L | | see additional information |
| 48. Bank United Coral Gables FL CD | A | Interest | | | Matured | 10/14 | K | | see additional information |
| 49. GMAC Midvale Utah CD | B | Interest | | | Matured | 06/18 | L | | see additional information |
| 50. GMAS Midval Utah CD | B | Interest | | | Matured | 11/17 | L | | see additional information |
| 51. Indymac Bank | A | Interest | | | Matured | 06/19 | L | | see additional information |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. USA American Bank Largo FLA CD | B | Interest | | | Matured | 10/10 | L | | see additional information |
| 53. Wachovia FSB Las Vegas Nev. CD | A | Interest | | | Matured | 10/14 | L | | see additional information |
| 54. Atlanta Business Bank CD | A | Interest | | | Matured | 08/19 | K | | see additional information |
| 55. Dtate Bank of India LA CD | A | Interest | | | Matured | 10/30 | K | | see additional information |
| 56. Washington Mutual CD | B | Interest | | | Matured | 09/12 | L | | see additional information |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Investments & Trusts:

Brokerage account was moved to D.A. Davidson from RBC on 12/2008.

Line 15 and 46: D.A. Davidson Money Market assets moved from RBC to D.A. Davidson in 12/2008. Residual amounts pay into RBC and then transfer to D.A. Davidson.

Matured CD's went to money market which raised money market values.

Line 47 purchased on 08/25/08  
Line 48 purchases on 07/08/08  
Line 49 purchased on 03/05/08  
Line 50 purchased on 07/01/08  
Line 51 purchased on 03/05/08  
Line 52 purchased on 07/07/08  
Line 53 purchased on 07/07/08  
Line 54 purchased on 03/06/08  
Line 55 purchased on 04/22/08  
Line 56 purchased on 03/06/08

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY ... CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544